# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2979
_____

TIMOTHY STIDHUM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Union County.
Robert K. Groeb, Judge.

March 19, 2025

PER CURIAM.

The Court dismisses this appeal as untimely filed. *See* Fla. R.
App. P. 9.110(b).

RAY, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Timothy Stidhum, pro se, Appellant.

James Uthmeier, Attorney General, and Gerald T. Roden, Assistant Attorney General, Tallahassee, for Appellee.